UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR – 4 2009

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

UNITED STATES OF AMERICA      )
                              )          No.    4:09CR73   JMM
                              )
v.                            )
                              )          21 U.S.C. § 841(a)(1)
MICHAEL BIRDSONG,             )          21 U.S.C. § 841(b)(1)(A), (B), (C)
JONATHAN BELL and             )          21 U.S.C. § 846
KRISTIN LEE CALDWELL.         )          18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or before January, 2007 through in or about December, 2008, in the Eastern

District of Arkansas,

MICHAEL BIRDSONG,
JONATHAN BELL, and
KRISTIN LEE CALDWELL

knowingly and intentionally conspired with each other and others known and unknown to the

grand jury to knowingly and intentionally possess with intent to distribute and distribute more

than 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled

substance, in violation of Title 21, United States Code, sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2

On or about July 25, 2008, in the Eastern District of Arkansas,

KRISTIN LEE CALDWELL

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or

substance containing methamphetamine, a Schedule II controlled substance, in violation of Title

21, United States Code, sections 841(a)(1) and  841(b)(1)(C).

Page 1 of 3

### COUNT 3

On or about August 12, 2008, in the Eastern District of Arkansas,

### MICHAEL BIRDSONG

knowingly and intentionally possessed with intent to distribute and distributed less than 50 grams

of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in

violation of Title 21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4

On or about December 5, 2008, in the Eastern District of Arkansas,

### KRISTIN LEE CALDWELL

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or

substance containing methamphetamine, a Schedule II controlled substance, in violation of Title

21, United States Code, sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5

On or about January 20, 2009, in the Eastern District of Arkansas,

### JONATHAN BELL

having been convicted on or about December 15, 2001 in the Circuit Court for Pulaski County of

a crime for which he could be imprisoned for more than one year, Aggravated Robbery,

thereafter knowingly and intentionally possessed the following firearm, to wit: one Colt 45 MK

IV serial number FC20297E, such firearm having been previously shipped and transported in

interstate commerce, in violation of Title 18, United States Code, section 922(g)(1).

[end of text - signature page to follow]